# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00132-CV

**Donald L. Knepp and Andrea L. Knepp, Appellants**

**v.**

**K.R.A.K. Investments, LLC, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY
### NO. 13-0777-C, HONORABLE ROBERT UPDEGROVE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Donald L. Knepp and Andrea L. Knepp have filed an unopposed motion to dismiss the appeal, explaining that the parties have settled their dispute.  We grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed on Appellants' Motion

Filed:   January 29, 2015